**Order entered January 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01712-CR

**LARRY DUNN, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1259904-M**

## ORDER

The Court **REINSTATES** this appeal.

On January 13, 2015, we granted Lori Ordiway's motion to withdraw as counsel for appellant and abated the appeal in order for the trial court to appoint new counsel. We have received the trial court's order appointing Ronald Goranson as appellant's attorney.

We **DIRECT** the Clerk of the Court to add Ronald Goranson as appellant's appointed attorney of record and to send copies of this order, by electronic transmission, to Ronald Goranson and to the Dallas County District Attorney's Office.

/s/    ADA BROWN
        PRESIDING JUSTICE